NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEORGE P. MURRAY, JR.,**
*Claimant-Appellant,*

**v.**

**SLOAN D. GIBSON, ACTING SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7076

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 06-3271, Judge Mary J. Schoelen.

---

**ON MOTION**

---

Before PROST, *Chief Judge*, WALLACH and CHEN, *Circuit Judges.*

PER CURIAM.

### O R D E R

George P. Murray moves for reconsideration of the court's June 17, 2014 order granting the Acting Secretary of Veterans Affairs's motion to dismiss Murray's appeal for lack of jurisdiction.

2                                              MURRAY v. GIBSON

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26